IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Brown, Jerry | Case Number: 08 B 12884 |
|---|---|---|
| | Brown, June C | Judge: Goldgar, A. Benjamin |
| | Printed: 03/10/09 | Filed: 5/20/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 9, 2008
Confirmed: September 9, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,100.00 | |
| Secured: | | 10,367.42 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 732.58 |
| Other Funds: | | 0.00 |
| Totals: | 11,100.00 | 11,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 0.00 | 0.00 |
| 2. | Eastern Savings Bank | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 2,752.12 | 2,128.44 |
| 4. | Numark Credit Union | Secured | 876.68 | 669.26 |
| 5. | Numark Credit Union | Secured | 9,234.82 | 7,049.89 |
| 6. | City Of Chicago | Secured | 662.98 | 519.83 |
| 7. | Eastern Savings Bank | Secured | 144,932.47 | 0.00 |
| 8. | Collection Professionals Inc | Unsecured | 55.52 | 0.00 |
| 9. | Verizon Wireless Midwest | Unsecured | 160.92 | 0.00 |
| 10. | Trinity Hospital | Unsecured | 1,697.93 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 442.65 | 0.00 |
| 12. | United States Dept Of Education | Unsecured | 5,729.03 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 20,579.62 | 0.00 |
| 14. | Merrick Bank | Unsecured | 1,172.16 | 0.00 |
| 15. | RJM Acquisitions LLC | Unsecured | 138.64 | 0.00 |
| 16. | Numark Credit Union | Unsecured | 6,692.39 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 101.69 | 0.00 |
| 18. | Citizens Bank | Unsecured | 2,518.60 | 0.00 |
| 19. | Portfolio Recovery Associates | Unsecured | 985.30 | 0.00 |
| 20. | Portfolio Recovery Associates | Unsecured | 2,614.42 | 0.00 |
| 21. | Cook County Treasurer | Secured | | No Claim Filed |
| 22. | Cbe Group | Unsecured | | No Claim Filed |
| 23. | Cbe Group | Unsecured | | No Claim Filed |
| 24. | Security Credit LLC | Unsecured | | No Claim Filed |
| 25. | Numark Credit Union | Unsecured | | No Claim Filed |
| 26. | Illinois Collection Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Brown, Jerry | Case Number: 08 B 12884 |
|---|---|---|
| | Brown, June C | Judge: Goldgar, A. Benjamin |
| | Printed: 03/10/09 | Filed: 5/20/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | CBCS | Unsecured | | No Claim Filed |
| 28. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 29. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 30. | Numark Credit Union | Unsecured | | No Claim Filed |
| 31. | State Collection Srv | Unsecured | | No Claim Filed |
| 32. | The Bureaus | Unsecured | | No Claim Filed |
| 33. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 34. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 35. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| | | | $ 201,347.94 | $ 10,367.42 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 2.04 |
| 6.6% | 730.54 |
| | $ 732.58 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*